**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:                                      ) | |
| BRADLEY J. YOUNG                            ) | Bankruptcy No. 11-26777 JAD |
|     Debtor              ) | Chapter 13 |
|                                             ) | |
|                                             ) | |
| BRADLEY J. YOUNG                            ) | |
|     Plaintiff,          ) | |
| v.                                          ) | Adversary No. 11-2606 JAD |
| 1200 BUENA VISTA CONDOMINIUMS,              ) | |
| 1200 BUENA VISTA UNIT OWNERS                ) | |
| ASSOCIATION, CITY OF PITTSBURGH,            ) | |
| COUNTY OF ALLEGHENY, and                    ) | |
| PNC BANK, N.A.                              ) | |
|     Defendants          ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 20__, upon consideration of the Amended Adversary Complaint of Bradley J. Young, all responses to the Complaint and, after notice and hearing as is appropriate under the circumstances, it is hereby ORDERED, ADJUDGED and DECREED:

1. 1200 Buena Vista Condominiums, and 1200 Buena Vista Unit Owners Association (collectively "Association"), holds an allowed secured claim against the Real Property of Bradley J. Young at 1200 Buena Vista Street, Unit A, Pittsburgh, PA 15212 ("Real Property") for $1,671.11 on the Petition Date, November 3, 2011, based on the condominium assessments it levied against the Real Property ("Association's Statutory Lien" );

2. The Association's Statutory Lien is hereby partially AVOIDED, declared null and void, to the extent of $21,877.49 and the Association holds the an allowed unsecured claim against Bradley J. Young for the $21,877.49, or more, which represents the remainder of its claim after Association's Statutory Lien is partially avoided; and

3. The judgement of Association against Bradley J. Young entered in the Court of

1

Common Pleas of Allegheny County, Pennsylvania at AR No.06-004601 on March 10, 2009 for $14,900.00 which acts as a lien on the Debtor's real property located at 1200 Buena Vista Street, Unit A, Allegheny County, Pittsburgh, PA 15212, Tax Parcel I.D. number 0023-N-00041-0001-0 with the Department of Real Estate of Allegheny County is hereby AVOIDED, declared null and void because it impairs Bradley J. Young's exemption claim.

_____
Jeffery A. Deller
United States Bankruptcy Judge

5185x014bOrder